UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60008-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ALFRED LYNTON LAING,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON CHANGE OF PLEA [ECF NO. 59]

THIS CAUSE came before the Court on Magistrate Judge Alicia O Valle's Report and Recommendation on Change of Plea, entered on July 2, 2025 [ECF No. 59]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 59] is AFFIRMED AND ADOPTED**. Defendant, Alfred Lynton Laing's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of July, 2025.

                                                                                                        _____
  cc: counsel of record                                    **MELISSA DAMIAN**
      Magistrate Judge Alicia O. Valle       **UNITED STATES DISTRICT JUDGE**